b18
02/09

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 9:00am−4:00pm Monday−Friday

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

**Shane McBride**
 2282 Gill Village Way #1210
San Diego, CA 92108

Case number:  09−19074−PB7
Chapter:  7
Judge  Peter W. Bowie

Social Security No.:   xxx−xx−3833
*Debtor: No Known Aliases*

**Shaena McBride**
 2282 Gill Village Way #1210
San Diego, CA 92108

Social Security No.:   xxx−xx−8937
*Joint Debtor: No Known Aliases*

# DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: 3/15/10

By order of the court:

Barry K. Lander
Clerk of the Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0974-3           User: admin                  Page 1 of 2                    Date Rcvd: Mar 15, 2010
Case: 09-19074                 Form ID: b18                 Total Noticed: 27


The following entities were noticed by first class mail on Mar 17, 2010.
db/jdb         +Shane McBride,   Shaena McBride,    2282 Gill Village Way #1210,    San Diego, CA 92108-5582
aty            +Brian Crozier Whitaker,    Lifeline Legal, LLP,    9665 Chesapeake Dr #455,
                 San Diego, CA 92123-1354
tr             +Nancy Wolf,   P.O. Box 420448,    San Diego, CA 92142-0448
smg            +Div. of Labor Standards Enforcement,    7575 Metropolitan Drive, Suite 210,
                 San Diego, CA 92108-4424
smg             Dun & Bradstreet,    Attn: Lynne Roberts, 2nd Floor,    3501 Corporate Parkway,    PO Box 520,
                 Center Valley, PA 18034-0520
smg            +Employment Develop. Dept., State of CA,    Bankruptcy Unit - MIC 92E,    P.O. Box 826880,
                 Sacramento, CA 94280-0001
smg            +State Board of Equalization,    P.O. Box 942879,    Sacramento, CA 94279-0001
12115277       +Arsenal Credit Union,    8651 Watson Road,    Saint Louis, MO 63119-5197
12115278       +Carole McBride,    1845 Cottonwood Drive,    Imperial, MO 63052-1530
12115280        Chase Auto Finance,    PO Box 901078,   Fort Worth, TX 76101-2078
12115281       +Citi,   PO Box 6241,    Sioux Falls, SD 57117-6241
12115282       +Citibank Usa,    Attn: Centralized BK,    PO Box 20507,    Kansas City, MO 64195-0507
12115283       +Citicards,   PO Box 6000,    The Lakes, NV 88901-6000
12115284       +Citifinancial Retail Services,    PO Box 140489,    Irving, TX 75014-0489
12140320       +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Fort Lowell Road, Suite 200,
                 Tucson, AZ 85712-1083
12115287       +JC Penny-FL,    Customer Service,    PO BOX 182122,   Columbus, OH 43218-2122
12115289       +Sallie Mae,    1002 Arthur Dr,   Lynn Haven, FL 32444-1683
12115291       ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court:  Us Bank/na Nd,    4325 17th Ave S,    Fargo, ND 58125)
12115290       +Us Bank Home Morgage,    Att: Bankruptcy Dept,    PO Box 5229,    Cincinnati, OH 45201-5229
12115292       ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
                 (address filed with court:  WFS Financial,    PO Box 19657,    Irvine, CA 92623)
The following entities were noticed by electronic transmission on Mar 15, 2010.
tr             +EDI: QNWOLF.COM Mar 15 2010 19:28:00      Nancy Wolf,   P.O. Box 420448,
                 San Diego, CA 92142-0448
smg             EDI: CALTAX.COM Mar 15 2010 19:28:00      Franchise Tax Board,   Attn: Bankruptcy,
                 P.O. Box 2952,   Sacramento, CA  95812-2952
smg             E-mail/Text: ustp.region15@usdoj.gov                           United States Trustee,
                 Office of the U.S. Trustee,    402 West Broadway, Ste. 600,    San Diego, CA  92101-8511
12115279       +EDI: CHASE.COM Mar 15 2010 19:28:00      Chase,   Attn: BK Dept,    PO Box 15298,
                 Wilmington, DE 19850-5298
12115281       +EDI: CITICORP.COM Mar 15 2010 19:28:00      Citi,   PO Box 6241,    Sioux Falls, SD 57117-6241
12115282       +EDI: CITICORP.COM Mar 15 2010 19:28:00      Citibank Usa,    Attn: Centralized BK,   PO Box 20507,
                 Kansas City, MO 64195-0507
12115283       +EDI: CITICORP.COM Mar 15 2010 19:28:00      Citicards,    PO Box 6000,   The Lakes, NV 88901-6000
12115285       +EDI: DISCOVER.COM Mar 15 2010 19:28:00      Discover Fin Svcs Llc,   PO Box 15316,
                 Wilmington, DE 19850-5316
12140320       +EDI: BASSASSOC.COM Mar 15 2010 19:28:00      HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
                 3936 E. Fort Lowell Road, Suite 200,    Tucson, AZ 85712-1083
12115286       +EDI: HFC.COM Mar 15 2010 19:28:00      Hsbc Bank,   Attn: BK,    PO Box 5253,
                 Carol Stream, IL 60197-5253
12115288       +EDI: CBSKOHLS.COM Mar 15 2010 19:28:00      Kohls,   Attn: Recovery,    PO Box 3120,
                 Milwaukee, WI 53201-3120
12129116        EDI: RECOVERYCORP.COM Mar 15 2010 19:28:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12115291        EDI: USBANKARS.COM Mar 15 2010 19:28:00      Us Bank/na Nd,    4325 17th Ave S,   Fargo, ND 58125
12115290       +EDI: USBANKARS.COM Mar 15 2010 19:28:00      Us Bank Home Morgage,    Att: Bankruptcy Dept,
                 PO Box 5229,   Cincinnati, OH 45201-5229
                                                                                              TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Dun & Bradstreet,    Attn: Lynne Roberts, 2nd Floor,    3501 Corporate Parkway,    PO Box 520,
                 Center Valley, PA  18034-0520
ust*            United States Trustee,    Office of the U.S. Trustee,    402 West Broadway, Suite 600,
                 San Diego, CA  92101-8511
                                                                                               TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0974-3          User: admin              Page 2 of 2              Date Rcvd: Mar 15, 2010
Case: 09-19074                Form ID: b18             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 17, 2010**                          **Signature:**        _/s/ Joseph Speetjens_